# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY, | CASE NO. 1:11-cv-01805-AWI-SKO |
| Plaintiff, | **ORDER TRANSFERRING THE CASE TO THE SACRAMENTO DIVISION OF UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |
| v. | |
| AMERICAN TRUCK & TRAILER BODY COMPANY, | |
| Defendant. | |

## I.   INTRODUCTION

On February 28, 2012, a Scheduling Conference was held in this matter, but no schedule was set. The parties stipulated that the case was properly venued in the Sacramento Division of the U.S. District Court for the Eastern District of California ("Eastern District"). (*See* Doc. 14.) Prior to transfer, the parties nonetheless requested additional time to meet and confer as to whether the matter should be dismissed so that Plaintiff could instead proceed in San Joaquin County Superior Court.

The parties were to inform the Court as to the outcome of their meet and confer discussions, but failed to do so. On April 9, 2012, the Court ordered that the parties file a status report regarding whether this action should be transferred to the Sacramento Division or whether it will be voluntarily dismissed so that Plaintiff may proceed in San Joaquin County Superior Court. (Doc. 16.)

On April 12, 2012, the parties filed a status report indicating that they had not resolved whether the matter should be dismissed due to a related case pending in San Joaquin County Superior Court. (Doc. 17.) For the reasons that follow, the case shall be transferred to the Sacramento Division of the Eastern District.

## II.  DISCUSSION

The Eastern District's Local Rule 120(d) provides that "[a]ll civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in . . . San Joaquin . . . [county] shall be commenced in the United States District Court sitting in Sacramento, California . . . ."

Because the events underlying this action arose in San Joaquin County, the proper venue for the case is the Sacramento Division of the Eastern District. While the parties are not in agreement as to whether this action is suitable for resolution in federal court due to a related and pending case in San Joaquin County Superior Court, the parties did stipulate that, for purposes of venue in the Eastern District, the case should be transferred to the Sacramento Division.

## III.  CONCLUSION

Accordingly, IT IS HEREBY ORDERED that this case be TRANSFERRED to the Sacramento Division of the Eastern District.

IT IS SO ORDERED.

**Dated:   April 18, 2012**            /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE